FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 29 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-392-JCM-(GWF) |
| CHARLES VINCENT, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

On November 29, 2012, defendant CHARLES VINCENT pled guilty to Count One of a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank, Mail, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and the Plea Memorandum. Criminal Information, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds that CHARLES VINCENT shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHARLES VINCENT a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this 29th day of Nov., 2012.

_____
UNITED STATES DISTRICT JUDGE