TODD M. LEVENTHAL, ESQ
Nevada Bar No. 008543
California Ba No.: 223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Defendant
CHARLES VINCENT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Charles Vincent, ) <br> ) <br> Defendant. ) | CR-12-0392-JCM(GWF) |

### STIPULATION FOR CONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the Defendant, Charles Vincent, by and through his attorney, TODD M. LEVENTHAL, ESQ., by and between Plaintiff, the United States of America, by and through it's attorney, SARAH GRISWOLD, ESQ., that the Sentencing now set for October 20, 2014 at 10:00 am , be continued to a date and time convenient to this court, preferably the week of October 27, 2014

, 2   Based on the Stipulation of counsel, and good cause appearing, this Stipulation is entered into for the following reasons:

1. Outstanding sentencing issues remain that are necessary to Mr. Vincent's hearing

2. Mr. Vincent is meeting extensively with the Government in other ongoing cases.

3. Counsel for the defendant has spoken with assistant U.S. Attorney, Sarah Griswold, and she has no objections to the Sentencing being continued.

4. Counsel for the defendant has spoken to the defendant, and he has no objection to the continuance.

5. Mr. Vincent is not in custody and has abided by the terms and conditions of pretrial

services

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time, in light of the above, within which to be able to effectively and thoroughly review the evidence in the above-captioned matter, and thereafter sufficient time within which to be able to effectively and thoroughly work on sentencing matters..

6. This is the fifth request to continue the sentencing in this matter.

DATED this 6th day of October, 2014.

-s- Todd Leventhal
TODD M. LEVENTHAL, ESQ.
Attorney for Defendant
Charles Vincent

-s- Sarah Griswold
SARAH GRISWOLD, ESQ.
Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the Sentencing shall be vacated, continued, and reset for October 29, 2014, at 10:00 a.m., in Courtroom # 6A.

DATED October 8, 2014.

_____
UNITED STATES DISTRICT JUDGE