

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES VINCENT,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　2:12-CR-392-JCM-(GWF)<br>)<br>)<br>)<br>) |

**ORDER OF FORFEITURE**

This Court found on November 29, 2012, that CHARLES VINCENT shall pay the criminal forfeiture money judgment of $100,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. 7; Order of Forfeiture, ECF No. 8.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHARLES VINCENT the criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3  DATED this ___ day of October, 2014.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```